IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **MARGO ENGLISH, MARVIN MURRAY,** )<br>**and GERALD MINNIEFIELD,** )<br>)<br>   **Plaintiffs,** )<br>v. )<br>)<br>**DARDEN RESTAURANTS, INC.,** )<br>**d/b/a THE OLIVE GARDEN,** )<br>)<br>   **Defendant.** )<br>) | Case No.  4:06-cv-398-RH/WCS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, the parties file this Stipulation of Dismissal With Prejudice, hereby dismissing with prejudice all claims before this Court, each party to bear its own costs.

SO STIPULATED this 13th day of July 2007.

   /s/ Dawn Siler-Nixon
Dawn Siler-Nixon
Florida Bar No. 993360
dsiler-nixon@fordharrison.com
FORD & HARRISON LLP
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Of counsel:
Delaine R. Smith
dsmith@fordharrison.com
FORD & HARRISON LLP
795 Ridge Lake Boulevard, Suite 300
Memphis, TN  38120
Telephone:  (901) 291-1500

Counsel for Defendant

/s/ James Garrity
James Garrity
MARIE MATTOX, P.A.
310 East Bradford Road
Tallahassee, FL 32303
Telephone: (850) 383-4800

Counsel for Plaintiffs

TAMPA:231347.1